UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

    Plaintiff,

vs.

BRUCE C. GAGE,

    Defendant.

NO. C18-183RSL

ORDER

On August 7, 2018, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. Dkt. # 28. The Report and Recommendation was sent via email to plaintiff at Washington Correction Center in Shelton but was returned as undeliverable indicating that plaintiff was transferred to Washington State Penitentiary.

The Clerk of Court is directed to send plaintiff another copy of the Report and Recommendation (Dkt. # 28) at the following addresses:

    740600
    Washington State Penitentiary
    1313 N. 13th Ave.
    Walla Walla, WA 99362-8817

    docwspinmatefederal@DOC1.WA.GOV

Plaintiff shall file and serve his objections to the recommendation, if any, within twenty-

ORDER

one (21) days of the date of this Order.  Failure to file objections within the specified time waives the right to appeal any order by the district court adopting the recommendation.  Plaintiff shall note his objections, if any, for consideration on the district court's calendar for the third Friday after they are filed.  If no timely objections are filed, the matter will be ready for consideration by Judge Lasnik on Friday, September 28, 2018.  If this attempt at service of the Report and Recommendation fails and plaintiff has not advised the Court of his current address by that date, the Court will dismiss the above-captioned matter without prejudice for failure to prosecute under Local Rule 41(b)(2).

DATED this 5th day of September, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER