UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

        Plaintiff,

v.

BRUCE C. GAGE, *et al.*,

        Defendants.

CASE NO. C18-183 RSL-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed Plaintiff's complaint, defendants' motion to dismiss or for a more definite statement, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Defendants' motion to dismiss for failure to comply with Federal Rule of Civil Procedure 8(a)(2), Dkt. 26, is **DENIED**.

(3) Defendants' motion for a more definite statement under Federal Rule 12(e), Dkt. 26, is **GRANTED**. Plaintiff's Amended Complaint should contained numbered paragraphs and include the following information:
   a. The name of each defendant and the accusations against him or her;
   b. The approximate date, including the year, that these events occurred;
   c. Exhibits, if submitted, related only to the individuals and incidents named in the Amended Complaint.

(4) Plaintiff must file an Amended Complaint no later than **21 days after the date of this Order**. The Clerk is **DIRECTED** to provide plaintiff with the necessary complaint forms. Plaintiff is forewarned that failure to file a timely Amended Complaint may

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

subject this matter to dismissal without prejudice for failure to comply with a court order and failure to prosecute.

(5) The Court **DENIES** at this time defendants' motion to consolidate this case with C18-46-RAJ-BAT and C18-218-JCC-MAT. Defendants may renew their motion to consolidate after the Court has resolved any dispositive motions on the Amended Complaint.

(6) This case remains referred to Judge Tsuchida for pretrial proceedings.

Dated this 2nd day of October, 2018.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2