UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

                Plaintiff,

   v.

BRUCE C. GAGE, *et al.*,

                Defendants.

CASE NO. C18-183 RSL-BAT

**REPORT AND RECOMMENDATION**

*Pro se* plaintiff, presently incarcerated in Washington State Penitentiary, filed this 42 U.S.C. § 1983 action alleging that his constitutional rights were violated while he was an inmate at Monroe Correctional Complex. Dkt. 10. Earlier, the Court denied defendants' motion to dismiss for failure to comply with Federal Rule of Civil Procedure 8(a)(2) but granted defendants' motion for a more definite statement.[1] Dkts. 28, 31. The Court directed plaintiff to file an Amended Complaint by October 23, 2018, and warned that "failure to file a timely Amended Complaint may subject this matter to dismissal without prejudice for failure to comply with a court order and failure to prosecute." Dkt. 31, at 1–2.

---

[1] The Court notes that plaintiff did not respond to defendants' motion to dismiss even though he was informed that failure to do so could lead to dismissal of the action. Dkt. 27.

REPORT AND RECOMMENDATION - 1

To date, plaintiff has failed to file an Amended Complaint. The Court therefore recommends **DISMISSING** this case without prejudice for failure to comply with a court order and failure to prosecute. A proposed order is attached.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order. Therefore a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed and served upon all parties no later than **December 4, 2018.** The Clerk should note the matter for **December 7, 2018**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. **Objections and responses shall not exceed twelve (12) pages.** The failure to timely object may affect the right to appeal.

DATED this 13th day of November, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge