UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES ANTHONY WILLIAMS,

    Plaintiff,

v.

BRUCE C GAGE, *et al.*,

    Defendants.

CASE NO. C18-183 RSL

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a court order and failure to prosecute.

Dated this 19th day of December, 2018.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 1